**DENY; and Opinion Filed April 7, 2016.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00386-CV

### IN RE  MICHAEL A. BLOOM, Relator

**Original Proceeding from the Probate Court No. 3
Dallas County, Texas
Trial Court Cause No. PR-14-01380-3**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Lang, and Justice Brown
Opinion by Justice Brown

In this petition for writ of mandamus, relator requests that the Court order the trial court to vacate its April 1, 2016 Order Granting Administrator's Motion for Order Compelling Michael A. Bloom to Vacate Real Property and its March 4, 2016 Order of Sale of Real Property. Ordinarily, to be entitled to mandamus relief, a relator must show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.,* 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). Based on our review of the mandamus record, we cannot conclude that the relator is entitled to relief.

We deny the petition for writ of mandamus.

/Ada Brown/
ADA BROWN
JUSTICE

160386F.P05